# Counter Offer

JUN 15 '18 PM 3:45 USB

Case No.: 17-30633
UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

Property address: **12 Chase Street, Hampton, New Hampshire**

I, Senthil Kumar, hereby counter offer a sum of Eighty Six Thousand dollars ($86,000.00) in cash or certified check without any contingencies for the above mentioned property and case number. I further state that this offer subject to the same terms and conditions provided in the proposed Standard Purchase and Sale Agreement and the closing date, other than the purchase price.

Sincerely,

*(signed) Senthil Kumar*

Senthil Kumar
155 Main Dunstable Rd Suite 160
Nashua, NH 03060
781 608 7362
mkrealtyonline@gmail.com


Attachment: Copy of the Certified Check for $500.00


CC: With original Certified Check for $500.00 to

Louis S. Robin
Law Offices of Louis S. Robin
1200 Converse Street
Longmeadow, MA 01106